FILED - USDC - FLMD - ORL
AUG 10 2026 PM1:19

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

SHAY SHERWOOD,

Plaintiff,

v. Case No. 6:26-cv-01363-PGB-CAB

RESYNC RESOLUTION LLC,

d/b/a RESYNC and BETTER PATH LENDING,

and JOHN DOE TELEMARKETING

COMPANIES 1–10,

Defendants.

_______________________________________/

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff Shay Sherwood, proceeding pro se, respectfully submits this Response to the Court's July 17, 2026 Order to Show Cause (Doc. 6), and states:

1. On June 24, 2026, the Court entered its Initial Case Order directing Plaintiff to file, among other things, a Notice of Pendency of Other Actions and a Disclosure Statement.

2. Plaintiff inadvertently overlooked the requirement to file those documents.

3. Plaintiff respectfully apologizes to the Court for the oversight.

4. Plaintiff is filing the required Notice of Pendency of Other Actions and Disclosure Statement contemporaneously with this Response.

5. Plaintiff respectfully requests that the Court accept the late-filed documents, discharge the Order to Show Cause, and permit this action to proceed.

WHEREFORE, Plaintiff respectfully requests that the Court accept Plaintiff's late-filed Notice of Pendency of Other Actions and Disclosure Statement, discharge the July 17, 2026 Order to Show Cause, and grant such other relief as the Court deems appropriate.

Respectfully submitted,

/s/ Shay Sherwood

Shay Sherwood, Pro Se

3814 Rampart Drive

Orlando, Florida 32812

Telephone: 407-963-3068

Email: mymozzarellapie@yahoo.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 7, 2026, a true and correct copy of the foregoing was served by U.S. Mail upon Defendant Resync Resolution LLC at:

**Resync Resolution LLC**

**c/o Nevada Registered Agents Inc.**

**732 S 6th St., Suite R**

**Las Vegas, NV 89101**



/s/ Shay Sherwood

Shay Sherwood, Pro Se