**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SHAY SHERWOOD,

     Plaintiff,

v.

                              Case No.:  6:26-cv-01363-PGB-DCI

RESYNC RESOLUTION LLC,
JOHN DOE, TELEMARKETING
COMPANIES 1 - 10;

     Defendants,

_____

### Notice of Pendency of Other Actions

In accordance with Local Rule 1.07, I certify that the instant action:

_____    IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

__x__    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: August 7, 2026

Shay Sherwood
3814 Rampart Dr
Orlando, FL 32812 407-963-3068
_____
Plaintiff(s) Counsel of Record
or *Pro Se* Party
[Address and Telephone]

                                 _____
                                 Defendant(s) Counsel of Record
                                 or Pro Se Party
                                 [Address and Telephone]

AUG 10 2026 PM1:19  FILED - USDC - FLMD - ORL