**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SHAY SHERWOOD,**

**Plaintiff,**

**v.** **Case No.: 6:26-cv-01363-PGB-CAB**

**RESYNC RESOLUTION LLC,**
**JOHN DOE TELEMARKETING**
**COMPANIES 1-10,**

**Defendants,**

---

## ORDER TO SHOW CAUSE

A review of this case finds that the complaint in this action was filed **June 22, 2026**, and it appears service was executed on the defendant Resync Resolution LLC on or about July 14, 2026**.** Defendant Resync Resolution LLC has failed respond to the complaint. Plaintiff has not applied for entry of default, pursuant to Federal Rule of Civil Procedure 55(a) within the time provided in Local Rule 1.10(b), or as further extended by the Court.

Therefore, it is **ORDERED** that Plaintiff show cause within **fourteen (14)** days from the date of this Order why the complaint against the Defendant should not be dismissed for failure to prosecute pursuant to Local Rule 3.10, M.D. Fla. Failure to respond to this order may result in dismissal of the defendants without prejudice.

**DONE** and **ORDERED** in Orlando, Florida, on September 4, 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party