FILED - USDC - FLMD - ORL
SEP 18 2026 AM10:23

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

**ORLANDO DIVISION**

**SHAY SHERWOOD,**

Plaintiff,

v. Case No. 6:26-cv-01363-PGB-CAB

**RESYNC RESOLUTION LLC,**

d/b/a RESYNC and BETTER PATH LENDING,

and JOHN DOE TELEMARKETING

COMPANIES 1–10,

Defendants.

_______________________________________/

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff Shay Sherwood, proceeding pro se, respectfully submits this Response to the Court's September 4, 2026 Order to Show Cause (Doc. 13), and states:

1. Plaintiff filed this action on June 22, 2026.

2. Defendant Resync Resolution LLC ("Resync") was served with the summons and Complaint on July 14, 2026. Plaintiff filed the Return of Service on July 27, 2026. (Doc. 7).
3. Before Resync's initial deadline to respond to the Complaint expired, Resync requested that Plaintiff agree to an additional thirty days to respond while the parties attempted to resolve this action without further litigation.
4. On July 31, 2026, Plaintiff agreed in writing to Resync's requested thirty-day extension.
5. In good faith and in reliance upon that agreement, Plaintiff refrained from seeking entry of default during the agreed period while the parties continued discussions concerning potential resolution.
6. Plaintiff acknowledges that no motion or stipulation concerning the extension was filed with the Court and no order extending Resync's response deadline was entered.
7. The agreed thirty-day period has now expired, and Resync has not filed an answer, motion under Federal Rule of Civil Procedure 12, or other response to the Complaint.
8. Plaintiff did not intend to abandon this action or fail to prosecute it. Plaintiff's delay in seeking default resulted from her good-faith effort to

honor the requested extension and permit the parties an opportunity to resolve the dispute without unnecessary litigation.

9. Plaintiff intends to diligently prosecute this action. To cure the issue identified in the Court's September 4, 2026 Order, Plaintiff is contemporaneously filing an **Application for Clerk's Entry of Default Against Resync Resolution LLC** pursuant to Federal Rule of Civil Procedure 55(a) and Local Rule 1.10(b).

10. Plaintiff therefore respectfully requests that the Court find that Plaintiff has demonstrated due diligence and just cause for the delay, discharge the September 4, 2026 Order to Show Cause, and permit this action to proceed.

**WHEREFORE,** Plaintiff respectfully requests that the Court discharge its September 4, 2026 Order to Show Cause and permit this action to proceed.

Respectfully submitted,

/s/ Shay Sherwood

**Shay Sherwood, Pro Se**

3814 Rampart Drive

Orlando, Florida 32812

Telephone: 407-963-3068

Email: mymozzarellapie@yahoo.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 18, 2026, a true and correct copy of the foregoing was served by U.S. Mail upon:

Resync Resolution LLC

c/o Nevada Registered Agents Inc.

732 S. 6th St., Suite R

Las Vegas, NV 89101

/s/ Shay Sherwood

**Shay Sherwood, Pro Se**